# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SOLOMON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | Case No.: 19-CV-1203 TWR (BLM)<br><br>**ORDER RESETTING HEARING**<br><br>(ECF Nos. 24, 28, 33, 36) |

In light of the transfer of this action to the undersigned, *see* ECF No. 36, the Court **RESETS** the hearing on Plaintiff's Motion for Summary Judgment (ECF No. 28) and Defendant's Cross-Motion for Summary Judgment (ECF No. 33) for <u>January 27, 2021 at 1:30 p.m. in Courtroom 3A</u>.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The remaining deadlines set by the Briefing Schedule, *see* ECF No. 24, shall remain
2  unchanged.

3  **IT IS SO ORDERED.**

4  Dated: October 13, 2020

_____
Honorable Todd W. Robinson
United States District Court